**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 20 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 18 2011 ★
BROOKLYN OFFICE

--------------------------------

**USA**

vs

BOYLE

DOCKET 03-CR-970

JUDGE JOHNSON
USCA

--------------------------------

1 ST SUPPLEMENTAL
**INDEX TO THE RECORD ON APPEAL**
Prepared By: MARY COGNATO GONZALEZ (EDNY
Address:   225 Cadman Plaza East, U.S. Courthouse, Room 172
Brooklyn, New York 11201
Telephone Number:   (718) 613-2338

The document numbers circled on the following pages with the original papers, constitute the record on appeal. The document numbers followed by an(*) an missing. The document numbers which are underscored have been electronically filed and may be found on our website: http:www.nyed.uscourts.gov

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES INDEX AND 4vols.   NC.
VOLUMES OF ORIGINAL RECORD.

DATE:   11-23-11